IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARA-AIMEE LONG CORRA et al., *Individually and on behalf of all others similarly situated*,     *Plaintiffs* | : : : : : | CIVIL ACTION |
| v. | : : | |
| ACTS RETIREMENT SERVICES, INC.     *Defendant* | : : | No. 22-2917 |

## ORDER

AND NOW, this 2nd day of June, 2023, upon consideration of the June 1, 2023 communication to the Court indicating that a settlement in the above-captioned matter has been reached in principle, it is **ORDERED** that the deadlines set forth in the Amended Scheduling Order (Doc. No. 34) are **SUSPENDED**.

The parties shall finalize a settlement agreement and file a motion for preliminary approval of a class action settlement **within 45 days** of the issuance of this Order.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE