**UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARA-AIMEE LONG CORRA and VALARIE HANNA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>ACTS RETIREMENT SERVICES, INC.<br><br>Defendant. | Case No. 2:22-cv-02917-GEKP |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL**
**OF A CLASS ACTION SETTLEMENT**

Plaintiffs, Cara-Aimee Long Corra and Valarie Hanna, on behalf of themselves and all others similarly situated, hereby file this Unopposed Motion for Preliminary Approval of a Class Action Settlement. In support thereof, Plaintiffs relies on its Memorandum of Law submitted contemporaneously with this motion.

Respectfully submitted,

Dated: July 17, 2023      By: */s/ Patrick Howard*
     Patrick Howard, Esq. (Atty. ID #88572)
     **SALTZ MONGELUZZI & BENDESKY, PC**
     1650 Market Street, 52nd Floor
     One Liberty Place
     Philadelphia, PA  19103
     Telephone:  215-575-3895
     Facsimile:  215-754-4443
     phoward@smbb.com

     Samuel J. Strauss
     Raina C. Borrelli
     Brittany Resch
     **TURKE & STRAUSS LLP**

613 Williamson St., Suite 201
Madison, WI 53703
Telephone (608) 237-1775
Facsimile: (608) 509-4423
sam@turkestrauss.com
raina@turkestrauss.com
brittanyr@turkestrauss.com

*Attorneys for Plaintiffs and the Proposed Class*