## UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARA-AIMEE LONG CORRA and VALARIE HANNA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>ACTS RETIREMENT SERVICES, INC.<br><br>Defendant. | Case No. 2:22-cv-02917-GEKP |

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2023 Plaintiffs' Unopposed Motion for Preliminary Approval of a Class Action Settlement, and Memorandum of Law in Support thereof was filed electronically with the Court and as such sent to all counsel of record via ECF notification.

Dated: July 17, 2023         By: */s/ Patrick Howard*
                             Patrick Howard, Esq. (Atty. ID #88572)
                             **SALTZ MONGELUZZI & BENDESKY, PC**
                             1650 Market Street, 52nd Floor
                             One Liberty Place
                             Philadelphia, PA  19103
                             Telephone:  215-575-3895
                             Facsimile:  215-754-4443
                             phoward@smbb.com