IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARA-AIMEE LONG CORRA,<br>*Individually and on behalf of all others similarly situated,*<br>        *Plaintiff* | : <br> : <br> : <br> : <br> : | **CIVIL ACTION** |
| v. | : <br> : | |
| ACTS RETIREMENT SERVICES, INC.<br>        *Defendant* | : <br> : | No. 22-2917 |

## ORDER

**AND NOW**, this 18th day of July, 2023, upon consideration of Defendant's Motion to Dismiss Plaintiffs' First Amended Class Action Complaint (Doc. No. 17) and Plaintiffs' Unopposed Motion for Approval of a Class Action Settlement (Doc. No. 37), it is **ORDERED** that the motion to dismiss (Doc. No. 17) is **DEEMED MOOT**.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE