IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARA-AIMEE LONG CORRA et al.** | : | **CIVIL ACTION** |
| *Plaintiffs,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ACTS RETIREMENT SERVICES, INC.** | : | |
| *Defendant* | : | **NO.  22-2917** |

## AMENDED NOTICE OF HEARING

An **ORAL ARGUMENT** on the **MOTION FOR PRELIMINARY APPROVAL OF A CLASS ACTION SETTLEMENT** (Docket No. 37) is scheduled to be held on **September 21, 2023**, at **1:00 p.m.** in **Courtroom 10B** before the Honorable Gene E.K. Pratter, at 601 Market Street, Philadelphia, PA 19106.

**Judge Pratter strongly urges Oral Argument to be presented by junior counsel on the case.**

*s/Michael Coyle*
**MICHAEL COYLE**
Courtroom Deputy
to the Honorable Gene E.K. Pratter
United States District Court Judge

**Date of Notice: September 14, 2023**
**Copies sent via ECF notification.**