IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARA-AIMEE LONG CORRA,** **Individually and on Behalf of all Others Similarly Situated, et al.,** *Plaintiffs*, v. **ACTS RETIREMENT SERVICES, INC.,** *Defendant*. | Case No.  2:22-cv-02917-JDW |

## ORDER

**AND NOW**, this 3rd day of May, 2024, it is **ORDERED** that the Final Approval Hearing is **RESCHEDULED** for July 2, 2024 at 2:00 p.m. in Courtroom 12B, at the James A. Byrne U.S. Courthouse, located at, 601 Market Street, Philadelphia, PA.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.