IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARA-AIMEE LONG CORRA,** **Individually and on Behalf of all Others Similarly Situated, et al.,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**ACTS RETIREMENT SERVICES, INC.,**<br><br>*Defendant*. | Case No.  2:22-cv-02917-JDW |

### ORDER

**AND NOW**, this 2nd day of July, 2024, upon consideration of Plaintiffs' Motion For An Award Of Attorneys' Fees, Reimbursement Of Litigation Costs, And Payment Of Service Awards To The Class Representatives (ECF No. 46) and Plaintiffs' Motion In Support Of Their Request For Final Approval Of A Class Action Settlement (ECF No. 49) and for the reasons stated on the record during the Final Approval Hearing, it is **ORDERED** that the Motions (ECF Nos. 46, 49) are **GRANTED**.

It is **FURTHER ORDERED** that:

1. Pursuant to Federal Rules of Civil Procedure 23(e), I grant final approval of the Settlement Agreement (ECF No. 42-2);

2. I adopt and incorporate by reference the preliminary conclusions as to the satisfaction of Federal Rule of Civil Procedure 23(a) and (b)(3) set forth in the Preliminary Approval Order (ECF Nos. 43, 44);

3. The Parties, their respective attorneys, and the Claims Administrator shall consummate the Settlement in accordance with the terms of the Settlement Agreement;

4. Without affecting the finality of this Order, the Court will retain jurisdiction over the subject matter and the Parties with respect to the interpretation and implementation of the Settlement Agreement for all purposes;

5. This Order resolves all claims against all Parties in this action and is a final order; and

6. Pursuant to Federal Rules of Civil Procedure 23(e) and 41, the matter is **DISMISSED WITH PREJUDICE** and without costs except as provided in the Settlement Agreement. The Clerk of Court shall close the case.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.